JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIET PHI NGUYEN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 2:19-cv-01103-RGK (JDE) <br><br> ORDER: (1) ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND (2) TRANSFERRING ACTION TO THE EASTERN DISTRICT OF TEXAS |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Motion to Dismiss the Petition (Dkt. 6), the Report and Recommendation of the United States Magistrate Judge (Dkt. 16), and the other relevant pleadings. No party has filed any objections to the Report and Recommendation within the time allotted nor sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss the Petition (Dkt. 6) is GRANTED in part as follows:

(a) the Petition is recharacterized as a Motion pursuant to 28 U.S.C. § 2255; and

(b) so recharacterized, the action is transferred to the United States District Court for the Eastern District of Texas. The Clerk shall effect such transfer and notify Petitioner.

Dated: June 20, 2019

_____
R. GARY KLAUSNER
United States District Judge